IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-498-GCM

| | |
|---|---|
| UNITED STATES TRUST COMPANY, ) ) Plaintiffs, ) ) vs. ) ) STANFORD GROUP COMPANY, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court upon its own motion. The parties are hereby ordered to file a status report within fourteen (14) days of the issuance of this order.

**IT IS SO ORDERED.**

Signed: March 10, 2011

Graham C. Mullen
United States District Judge