IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-498-GCM

| | |
|---|---|
| UNITED STATES TRUST COMPANY, ) | |
| Plaintiff, ) | |
| ) | |
| v ) | **ORDER** |
| ) | |
| STANFORD GROUP COMPANY, ) | |
| Defendant. ) | |

THIS MATTER is before the Court on its own motion. The parties are hereby ordered to file a status report within 10 days of the issuance of this order..

IT IS SO ORDERED.

Signed: March 13, 2012

Graham C. Mullen
United States District Judge

**Signed: June 2, 2005**

Graham C. Mullen
Chief United States District Judge