IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-00498-GCM

| | | |
|---|---|---|
| UNITED STATES TRUST COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | ORDER |
| | ) | |
| STANFORD GROUP COMPANY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on its own motion. The parties are hereby ordered to file a status report within 10 days of the issuance of this order.

**IT IS SO ORDERED**.

Signed: August 27, 2013

Graham C. Mullen
United States District Judge